## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK DUSTY MORGAN, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )    Case No. CIV-12-0625-F |
| | ) |
| CAROLYN W. COLVIN, | ) ) |
|     Defendant. | ) |

### **ORDER**

Plaintiff Mark Dusty Morgan brought this action pursuant to 42 U.S.C. §405(g), seeking judicial review of the Defendant Commissioner's final decision denying plaintiff's application for supplemental security income payments under the Social Security Act.

Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on April 1, 2013, doc. no. 14 (the Report), recommending that the Commissioner's decision be affirmed. The Report advised the parties of their right to object to the Report by April 21, 2013. The Report also advised that failure to make timely objection to the Report waives the parties' right to appellate review of the factual and legal issues contained in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Case 5:12-cv-00625-F   Document 15   Filed 04/23/13   Page 2 of 2
-2-

The court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 23rd day of April, 2013.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0625p002.wpd